# IN THE SUPREME COURT OF THE STATE OF NEVADA

MUSCLEPHARM CORPORATION; AND
RYAN DREXLER,
Petitioners,
vs.
THE FIRST JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CARSON CITY; AND THE
HONORABLE JAMES TODD RUSSELL,
DISTRICT JUDGE,
Respondents,
and
WHITE WINSTON SELECT ASSET
FUND SERIES FUND MP-18, LLC;
WHITE WINSTON SELECT ASSET
FUNDS, LLC; AND BRENT BAKER,
Real Parties in Interest.

No. 78091



FILED

FEB 12 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF PROHIBITION

This emergency petition for a writ of prohibition challenges a district court order compelling production of certain documents in a shareholder derivative action.

Having considered the petition and supporting documents, we are not persuaded that our extraordinary and discretionary intervention is appropriate at this time. The district court gave the parties an opportunity to submit a privilege log and time to agree to a confidentiality stipulation, and it does not appear that the parties have done so yet. On this record, our intervention by extraordinary writ does not appear warranted. *See Cotter v. Eighth Judicial Dist. Court*, 134 Nev., Adv. Op. 32, 416 P.3d 228, 231-32 (2018) (describing the limited circumstances in which this court will

19-06531

entertain a writ petition seeking relief from a discovery order); *Wardleigh v. Second Judicial Dist. Court*, 111 Nev. 345, 351, 891 P.2d 1180, 1184 (1995) (recognizing that this court rarely considers writ petitions challenging pretrial discovery orders). Accordingly, we

ORDER the petition DENIED.

_____, J.
Pickering

_____, J.
Parraguirre

_____, J.
Cadish

cc:  Hon. James Todd Russell, District Judge
     Brownstein Hyatt Farber Schreck, LLP/Reno
     Kasowitz Benson Torres LLP
     Allison MacKenzie, Ltd.
     Brownstein Hyatt Farber Schreck, LLP/Las Vegas
     Ballard Spahr LLP/Las Vegas
     Kaempfer Crowell/Reno
     Carson City Clerk